# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT KANSAS
# AT KANSAS CITY

| | | |
|---|---|---|
| DEANNA OAKES AND JINGER BAKER, | ) | |
| | ) | |
| On Behalf of themselves and | ) | |
| All Others Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 22-cv-2395 |
| | ) | |
| THE BIG BISCUIT COMPANY, LLC | ) | |
| | ) | |
| And | ) | |
| | ) | |
| BBR OVERLAND PARK, LLC | ) | |
| d/b/a THE BIG BISCUIT | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs Deanna Oakes and Jinger Baker hereby respond to Defendants' Motion to Dismiss. In support of their motion, Plaintiffs state as follows:

After reviewing Defendants' motion and authorities in support thereof, Plaintiffs consent that common law causes of action are not viable in this district where Plaintiffs have solely pled a cause of action under the Fair Labor Standards Act. Accordingly, Plaintiffs' counsel conferred with counsel for the Defendant, and agreed to amend their complaint to drop common law claims in these proceedings. Plaintiffs have contemporaneously filed a Motion for Leave to Amend their complaint that eliminates

common law causes of action and adds additional Defendants in this action.

Should the Court grant Plaintiffs' Motion to Amend, Defendants' Motion to Dismiss would thereafter become moot.

                              Respectfully submitted,

                              **THE HODGSON LAW FIRM, LLC**

                              /s/ *Michael Hodgson*
                              Michael Hodgson KS Bar No. 21331
                              3609 SW Pryor Rd.
                              Lee's Summit, Missouri 64082
                              mike@thehodgsonlawfirm.com
                              (p) 816.600.0117
                              (f) 816.600.0137

## CERTIFICATE OF SERVICE

The undersigned certifies that the above-document was distributed via the ECF electronic filing system to all parties of record on this Wednesday, January 11, 2023.

/s/ Michael Hodgson