# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT KANSAS CITY

| | |
|---|---|
| DEANNA OAKES and JINGER BAKER, on behalf of themselves and all others similarly situated, | Case No. 2:22-cv-02395-JAR-TJJ |
| Plaintiffs, | |
| v. | |
| THE BIG BISCUIT COMPANY, LLC and BBR OVERLAND PARK, LLC d/b/a BIG BISCUIT, | |
| Defendants. | |

## **JOINT STATUS REPORT REGARDING SETTLEMENT**

Pursuant to the Court's August 8, 2023 Order, the parties file this joint status report regarding settlement.

The parties have agreed to fully resolve this matter and continue to cooperate and work diligently together. The parties have agreed to all material terms. As of September 8, 2023, Plaintiffs' counsel is reviewing the long form settlement agreements for each of the plaintiffs and anticipates distributing the agreements to each of them for signature by September 11, 2023. Once the agreements are fully executed, the parties will submit a motion for approval of the settlement with the Court.

The parties therefore respectfully request a two-week extension to file the finalized settlement motion and executed agreements.

Respectfully submitted,

| | |
|---|---|
| /s/ Michael Hodgson | /s/ James. J. Swartz |
| Michael Hodgson, KS Bar No. 21331 | Michael L. Blumenthal, KS Bar #18582 |
| The Hodgson Law Firm, LLC | SEYFERTH BLUMENTHAL & HARRIS LLC |
| 3609 SW Pryor Rd. | 4801 Main Street, Suite 310 |
| Lee's Summit, Missouri 64082 | Kansas City, MO 64112 |
| mike@thehodgsonlawfirm.com | Telephone:   (816) 756-0700 |
| (p) 816.600.0117 | Facsimile:   (816) 756-3700 |
| (f) 816.600.0137 | Email: mike@sbhlaw.com |
| Attorneys for Defendants | |
| | James J. Swartz (admitted pro hac vice) |
| | Alexander Simon (admitted pro hac vice) |
| | Ariel D. Fenster (admitted pro hac vice) |
| | SEYFARTH SHAW LLP |
| | 1075 Peachtree Street, N.E. Suite 2500 |
| | Atlanta, GA 30309 |
| | Telephone:   404-888-1500 |
| | Facsimile:   404-724-1575 |
| | Email: jswartz@seyfarth.com |
| | asimon@seyfarth.com |
| | afenster@seyfarth.com |
| | Attorneys for Defendants |