UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| Deanna Oakes and Jinger Baker, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>27 Biscuits, LLC et al.<br><br>        Defendants. | Case No. 19-cv-2527-JAR-TJJ |

**<u>DEFENDANTS' WRITTEN CONSENT TO PLAINTIFFS' MOTION TO AMEND</u>**

Defendants consent to the amendment of Plaintiffs' operative pleadings and the filing of the Third Amended Complaint. Defendants deny the allegations in the Third Amended Complaint and reserve their right to respond accordingly.

/s/ James. J. Swartz
Michael L. Blumenthal, KS Bar #18582
SEYFERTH BLUMENTHAL & HARRIS LLC
4801 Main Street, Suite 310
Kansas City, MO 64112
Telephone:    (816) 756-0700
Facsimile:    (816) 756-3700
Email: mike@sbhlaw.com

James J. Swartz (admitted pro hac vice)
Alexander Simon (admitted pro hac vice)
Ariel D. Fenster (admitted pro hac vice)
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E. Suite 2500
Atlanta, GA 30309
Telephone:    404-888-1500
Facsimile:    404-724-1575
Email: jswartz@seyfarth.com
asimon@seyfarth.com
afenster@seyfarth.com
Attorneys for Defendants
