## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
## AT KANSAS CITY

| | |
|---|---|
| DEANNA OAKES, JINGER BAKER, TRICIA WENZL, TAYLOR MCCARTHY, DESIREE HELTON, AND ANDREA RODRIGUEZ,<br><br>                    Plaintiffs,<br>      v.<br><br>27 BISCUITS, LLC, et al.<br><br>Defendants. | Case No. 2:22-cv-02395-JAR-TJJ |

## ORDER DISMISSING CASE AND APPROVING SETTLEMENT AGREEMENTS

On December 13, 2023, the parties filed their Joint Renewed Motion For Approval of Settlement Agreements (ECF No. 57), pursuant to settlement. Because the settlement agreements (ECF No. 57-1 through 57-6), reflect the result of arms-length negotiation, are reasonable under the circumstances, and were reached after substantial engagement with the law and facts of the case, the parties' settlement of this case is approved, and the Court grants the Motion (ECF No. 57). This action is hereby dismissed with prejudice. The Court retains jurisdiction to enforce the agreements as approved. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). All pending motions, if any, are now denied as moot and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are vacated.  Final judgment shall issue separately.

**IT IS SO ORDERED.**

s/ Julie A. Robinson
_____
JULIE ROBINSON
UNITED STATES DISTRICT JUDGE


Dated:  December 20, 2023

1